UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVARINI MCGOVERN, LLC,<br><br>                        Plaintiff,<br><br>-v.-<br><br>WATERSCAPE RESORT LLC, et al.,<br><br>                        Defendants. | 23 Civ. 04432 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On May 26, 2023, Debtor/Defendant Waterscape Resort LLC, joined by Defendants Salim Assa and Ezak Assa, filed a motion to withdraw the bankruptcy reference. ECF No. 1.

It is hereby ORDERED that any opposition is due **June 30, 2023**. Any reply is due **July 14, 2023**.

SO ORDERED.

Dated: June 7, 2023
       New York, New York

                                                        _____
                                                        JENNIFER H. REARDEN
                                                        United States District Judge