UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>WATERSCAPE RESORT LLC,<br>　　　　　　　　　　　Debtor. | Bankruptcy Case No. 11-11593 (DSJ)<br>Adv. Pro. No. 11-02248 (DSJ) |
| PAVARINI MCGOVERN, LLC,<br>　　　　　　　　　　　Plaintiff,<br>-v.-<br>WATERSCAPE RESORT LLC et al.,<br>　　　　　　　　　　　Defendants. | 23 Civ. 04432 (JHR)<br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

　　　Trial in this action will commence on **January 23, 2024**.  The parties shall submit a joint proposed pretrial order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by **December 20, 2023**.  On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by **December 27, 2023**.  The parties shall submit electronic and hard copies of all intended exhibits by **January 18, 2024**, in accordance with Rule 7.G of the Court's Individual Rules.

　　　The Court will hold a final pretrial conference by telephone on **January 5, 2024** at **11:00 a.m.**  Counsel should join the conference by dialing 646-453-4442 and entering access code 689 352 405 followed by the pound (#) key.  The conference must be attended by the attorneys who will serve as principal trial counsel.

　　　SO ORDERED.

Dated: November 10, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge