UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>WATERSCAPE RESORT LLC,<br>　　　　　　　　　　　Debtor. | Bankruptcy Case No. 11-11593 (DSJ)<br>Adv. Pro. No. 11-02248 (DSJ) |
| PAVARINI MCGOVERN, LLC,<br>　　　　　　　　　　　Plaintiff,<br>-v.-<br>WATERSCAPE RESORT LLC, et al.,<br>　　　　　　　　　　　Defendants. | 23 Civ. 04432 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Trial in this action will commence on January 3, 2024. By December 15, 2023, the parties shall submit any pretrial memoranda of law, as well as motions addressing any evidentiary issues or other matters that should be resolved *in limine*, as described in Rule 7.B of the Court's Individual Rules and Practices in Civil Cases. Any oppositions to those materials shall be filed by December 22, 2023. On that date, the parties shall also submit a Joint Proposed Pretrial Order, as described in Rule 7.A; and joint proposed *voir dire* questions, a joint proposed verdict form, and joint proposed jury instructions, as described in Rule 7.B.[1]

Pursuant to the Court's correspondence with the parties, a pretrial conference will be held by telephone on December 4, 2023 at 11:30 a.m. Counsel should join the conference by dialing 646-453-4442 and entering access code 394 234 542 followed by the pound (#) sign.

The Court will hold a final pretrial conference by telephone on December 29, 2023 at 11:30 a.m. Counsel should join the conference by dialing 646-453-4442 and entering access code 689

---

[1] The deadlines described in this paragraph deviate from the deadlines set forth in Rules 7.A and 7.B of the Court's Individual Rules and Practices. All other requirements of Rules 7.A and 7.B, including those governing the submission and contents of trial materials, remain in effect.

352 405 followed by the pound (#) sign.  The conference must be attended by the attorneys who will serve as principal trial counsel.

    SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge